Jonathan F. Mitchell*
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

John B. Thorsness
Clapp, Peterson, Tiemessen,
Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3442
(907) 272-9273 (phone)
(907) 272-9586 (fax)
usdc-anch-ntc@cplawak.com

* admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **Timothy Christopherson**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**NEA-Alaska**, et al.,<br><br>Defendants. | Case No. 3:18-cv-00179-JWS |

## NOTICE OF APPEAL

Plaintiffs Timothy Christopherson, Kathryn McCollum, David Nees, Carol Carman, Dolores McKee, and Donn Liston appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on March 15, 2019.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| John B. Thorsness | Jonathan F. Mitchell* |
| Alaska Bar No. 8211154 | Texas Bar No. 24075463 |
| Clapp, Peterson, Tiemessen, | Mitchell Law PLLC |
| Thorsness & Johnson, LLC | 106 East Sixth Street |
| 711 H Street, Suite 620 | Suite 900 |
| Anchorage, Alaska 99501-3442 | Austin, Texas 78701 |
| (907) 272-9273 (phone) | (512) 686-3940 (phone) |
| (907) 272-9586 (fax) | (512) 686-3941 (fax) |
| jbt@cplawak.com | jonathan@mitchell.law |
| | |
| Talcott J. Franklin* | Matthew Browne* |
| Texas Bar No. 24010629 | Texas Bar No. 24069433 |
| Talcott Franklin PC | Talcott Franklin PC |
| 1920 McKinney Avenue 7th Floor | 1920 McKinney Avenue 7th Floor |
| Dallas, Texas 75201 | Dallas, Texas 75201 |
| (214) 736-8730 (phone) | (405) 642-9588 (phone) |
| (800) 727-0659 (fax) | (800) 727-0659 (fax) |
| tal@talcottfranklin.com | matt@talcottfranklin.com |

* admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Classes*

Dated: April 12, 2019

# CERTIFICATE OF SERVICE

I certify that I served this document through CM/ECF upon:

SCOTT A. KRONLAND
P. CASEY PITTS
ERIC P. BROWN
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
skronland@altber.com
cpitts@altber.com
ebrown@altber.com

KIM DUNN
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
(907) 276-5152
kimd@lbblawyers.com

*Counsel for Union Defendants*

SAUL R. FRIEDMAN
SARAH E. JOSEPHSON
Jermain Dunnagan & Owens, P.C.
3000 A. Street, Suite 300
Anchorage, Alaska 99503
907-563-8844
sfriedman@jdolaw.com
sjosephson@jdolaw.com

*Counsel for Mantanuska-Susitna Borough School District*

JEFFREY G. PICKETT
Fosler Law Group, Inc.
1227 West Ninth Avenue, Suite 301
Anchorage, Alaska 99501
(907) 223-0809
jeffpickett@me.com

*Counsel for Alaska Labor Relations Agency*

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and the Proposed Classes*